**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ANDREA C JOHNSON,**

        **Plaintiff,**

**vs.**                                         No. **20-CV-495-KRS**

**ANDREW SAUL,**
**Commissioner of Social Security Administration,**

        **Defendant.**

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER coming before the Court upon Plaintiff's Application To Proceed In Forma Pauperis, the Court having considered the Affidavit and Application, FINDS that the Application is well-taken and should be GRANTED.

IT IS HEREBY ORDERED that this action is authorized to proceed without the payment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

                                                       _____
                                                         Honorable Kevin R. Sweazea
                                                      United States Magistrate Judge