IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREA C. JOHNSON,

       **Plaintiff,**

vs.                                       CIV No. 1:20-00495-KRS

**ANDREW SAUL,**
**Commissioner of Social Security,**

       **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Second Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 14), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through February 15, 2021, to file his answer or otherwise respond to Plaintiff's Complaint.

KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 12/15/2020*
CHRISTINA VALERIO
Special Assistant United States Attorney

*Electronically approved 12/15/2020*
FELIZ M. MARTONE
Attorney for Plaintiff